IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Watkins, Deborah | Case Number: 06 B 14802 |
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 11/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 8, 2008
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 42,644.55 | |
| Secured: | | 35,737.38 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,623.00 |
| Trustee Fee: | | 2,331.15 |
| Other Funds: | | 1,953.02 |
| Totals: | 42,644.55 | 42,644.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,623.00 | 2,623.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 92,542.93 | 35,737.38 |
| 4. | CEDA | Unsecured | 5,597.18 | 0.00 |
| 5. | American Express | Unsecured | 6,159.09 | 0.00 |
| 6. | Capital One | Unsecured | 832.44 | 0.00 |
| 7. | FCNB Master Trust | Unsecured | 508.32 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 147.63 | 0.00 |
| 9. | American Express Travel Relate | Unsecured | 4,581.32 | 0.00 |
| 10. | Verizon Wireless | Unsecured | 763.79 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 5,207.73 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 4,725.65 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 403.23 | 0.00 |
| 14. | Capital One | Unsecured | 2,428.85 | 0.00 |
| 15. | Check Rite | Unsecured | | No Claim Filed |
| 16. | Shell Oil Company | Unsecured | | No Claim Filed |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Verizon Wireless | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | $ 126,521.16 | $ 38,360.38 |

Case 06-14802   Doc 124   Filed 01/29/09   Entered 01/29/09 11:32:04   Desc   Page 2 of 2

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Watkins, Deborah

Printed: 01/29/09

Case Number:  06 B 14802
Judge:  Hollis, Pamela S
Filed:  11/10/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,551.21 |
| 6.5% | 761.69 |
| 6.6% | 18.25 |
|  | $ 2,331.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

